FILED

2011 Nov-17  AM 11:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNSON POWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-cv-02023-SLB-RRA |
| | ) | |
| LARRY DABBS, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 22, 2011, recommending that the plaintiff's claims against defendant Goldstein be dismissed with prejudice, and that plaintiff's claims for false arrest and deprivation of property against Blount County Deputy Sheriff Charlie Turner, Blount County Deputy Sheriff Jason Paul, and Investigator Larry Dabbs be dismissed without prejudice, both under 28 U.S.C. 1915A(b)(1). No objections were filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, pursuant to 28 U.S.C. § 1915(e)(2)(B), the plaintiff's claims

against defendant Goldstein are due to be dismissed with prejudice, and the plaintiff's claims

against defendants Turner, Paul, and Dabbs are due to be dismissed without prejudice.

A Final Judgment will be entered.

DONE, this the 17th day of November, 2011.


SHARON  LOVELACE  BLACKBURN
CHIEF  UNITED  STATES  DISTRICT  JUDGE

2